Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0240

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:11-cr-0010-MJS |
| | ) | |
| Plaintiff, | ) | MOTION TO AMEND JUDGMENT; |
| | ) | AND  ORDER |
| v. | ) | THEREON |
| | ) | |
| DOUGLAS KENSICKI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Rule 35 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court to Amend the Judgment set out on November 7, 2012, at the Defendant's Sentencing Hearing.

Specifically, the Court ordered Defendant to 12 months of unsupervised probation with a term and condition that Defendant pay $1,419, in restitution to three victims.  The United States moves the Court to Amend the Judgment to state the term and condition for restitution to state Defendant must pay victim Andrew Reay $258.50, to pay victim Kristen Owen $258.50, and to pay victim Mariah Breeding $902, for a total of $1,419.  All other terms and conditions remain the same.

Defense counsel has been consulted and has approved of this Motion to Amend Judgment.

Dated: November 13, 2012                    NATIONAL PARK SERVICE


 /S/ Matthew McNease_____
Matthew McNease
Acting Legal Officer

1

### ORDER

Upon application of the United States, IT IS HEREBY ORDERED that the Judgment referenced above be Amended to state the Defendant is to pay Andrew Reay restitution of $258.50, to pay Kristen Owen restitution of $258.50, and to pay Mariah Breeding restitution of $902.00.

IT IS SO ORDERED.

Dated:    November 14, 2012          /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE